Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

JEANNINE M. CRUZ
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

CITY OF HAMMOND
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **25-00281**
_____
*(to be filled in by the Clerk's Office)*

**SECT.H MAG.4**

Jury Trial:  *(check one)*    ☐ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    JEANNINE M. CRUZ

Street Address    46479 PURPLE FINCH POINT

City and County    ROBERT

State and Zip Code    LOUISIANA 70455

Telephone Number    504.258.7183

E-mail Address    LITTLE TLT @ BELLSOUTH.NET

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known).* Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name — CITY OF HAMMOND

Job or Title *(if known)* — MAYOR PETE PANEPINTO

Street Address — 310 E. CHARLES

City and County — HAMMOND

State and Zip Code — LOUISIANA 70403

Telephone Number — 985-277-5627

E-mail Address *(if known)* — PANEPINTO_P@HAMMOND.ORG

Defendant No. 2

Name — EDWIN BERGERON JR.

Job or Title *(if known)* — CHIEF OF POLICE / CITY OF HAMMOND

Street Address — 120 SOUTH OAK

City and County — HAMMOND

State and Zip Code — LOUISIANA 70403

Telephone Number — 985-277.5702

E-mail Address *(if known)* — BERGERON_EJ@HAMMOND.ORG

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name       *CITY OF HAMMOND POLICE DEPARTMENT*
Street Address    *310 E. CHARLES Street*
City and County    *Hammond*
State and Zip Code    *Louisiana 70403*
Telephone Number    *985-277-5627*

*※ STILL CURRENTLY EMPLOYED*

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Other federal law *(specify the federal law)*:

[ ]    Relevant state law *(specify, if known)*:

[ ]    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

CONSTANTLY FROM MAY 2019 - JANUARY 2020

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race

☐    color

☒    gender/sex

☐    religion

☐    national origin

☐    age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*  9/27/19

CHARGE 461-2019-02870 - LETTER OF DETERMINATION

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)* _____

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

☒    ISSUED A LETTER OF DETERMINATION THEN RIGHT TO SUE FROM DOJ

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I CANNOT PUT A DOLLAR AMOUNT HERE BUT I WOULD LIKE TO RECEIVE A FAIR MONETARY SETTLEMENT DECIDED BY THE COURT.
I WOULD ALSO LIKE A FAIR SETTLEMENT FOR PUNITIVE AND EXEMPLARY DAMAGES DECIDED BY THE COURT.
※ ADVERSE TREATMENT CONTINUES TO THIS DAY-

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/5/2005

Signature of Plaintiff        _(signature)_

Printed Name of Plaintiff    JEANNINE M. CRUZ

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Statement of claim for page 4.

I, Jeannine Cruz the plantiff feel that I am entitled to punitive and exemplary monetary damages due to the direct result of the City of Hammond and Chief Edwin Bergeron Jr. for the deliberate acts against me in violation of Title of VII Civil Rights Act of 1964. From the time period of May 2019 to January 2020 I was subjected to adverse treatment against me by Edwin Bergeron and the City of Hammond doing nothing to protect me from the treatment. I filed a grievance to Human Resources in June which yielded no relief. I even emailed Human Resources twice in November to get help with the adverse treatment but no one would meet with me. I was disciplined harshly for a rule book infraction where months before, four male officers were arrested for payroll fraud and all of them together were given less punishment than I. I was retaliated against by Edwin Bergeron by being abruptly transferred from a permanent day shift detective assignment to the permanent night shift after I filed my first EEOC complaint. I was not needed on this shift.  My male replacement came from the permanent day shift and that is where I should have gone. Edwin Bergeron than promoted the male to a sergeant in the spot I once held. On Thanksgiving night Edwin Bergeron plotted my 5 day suspension for the rule book violation giving me days where I had court and overtime scheduled to have the most negative impact of my pay after I had emailed him letting him know dates that I did not have any court or overtime scheduled. This was ignored by him. Edwin Bergeron than also gave me a working day suspension that was not signed off by the mayor. Edwin Bergeron than had me written up due to a letter written against me from a juvenile judge who is also his personal friend and business partner. The write up yielded an unsubstantiated and an unfounded disposition. Edwin Bergeron held the write up for over a month after it was completed to further harass me.

The City of Hammond did nothing to protect me after I filed my grievance and ignored my attempts to meet with Human Resources. This allowed Edwin Bergeron to continue to violate my rights against discrimination/retaliation and harassment.

I then filed my second EEOC charge which yielded a Letter of Determination.

My first EEOC complaint yielded a right to sue letter.

The adverse treatment continues to this day.

JEANNINE CUEZ
46479 Purple Fanch Point
ROBERT, LA.
70455

PRO SE. UNIT
CLERK'S OFFICE
500 Poydras St.
New Orleans, LA.
70130

New Orleans 70113
6 FEB 2025

